# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 3, 2015

## NO. 03-14-00771-CV

**Sanadco Inc., a Texas Corporation; Mahmoud Ahmed Isba; Broadway Grocery, Inc.; and Shariz, Inc., Appellants**

**v.**

**Glenn Hegar, in his Individual and Official Capacity as Comptroller of Public Accounts; Office of Comptroller of Public Accounts for The State Of Texas; and Ken Paxton, in His Official Capacity as Attorney General of The State Of Texas, Appellees**

## APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND
## AFFIRMED -- OPINION BY JUSTICE PURYEAR

This is an appeal from the interlocutory order signed by the trial court on November 13, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's interlocutory order. Therefore, the Court affirms the trial court's interlocutory order. The appellants shall pay all costs relating to this appeal, both in this Court and the court below.